IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACKERY J. ASKINS, )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>CAPTAIN FNU HECK, )<br>)<br>  **Defendant.** ) | Case No. CIV-25-1302-PRW |

### REPORT AND RECOMMENDATION

Plaintiff, a *pro se* federal inmate, has filed an Application for Leave to Proceed in Forma Pauperis ("IFP"). (Doc. 2). United States District Judge Patrick R. Wyrick referred the motion to the undersigned Magistrate Judge consistent with 28 U.S.C. § 636(b)(1)(B), (C). (Doc. 3).

The filing fee in civil cases is presently $405.00.[1] Under 28 U.S.C. § 1915(a), a district court has discretion to permit the commencement of an action without prepayment of fees or security therefor. *See Grimes v. TCF Bank*, 769 F. App'x. 659, 660 (10th Cir. 2019) (reviewing a district court order denying an IFP application for an abuse of discretion); *Cabrera v. Horgas*, 1999 WL 241783, at *1 (10th Cir. 1999) ("The decision to grant or deny *in forma pauperis* [IFP] status under § 1915 lies within the sound discretion of the trial court.").

---

[1] The total filing fee includes a base fee of $350.00 and an administrative fee of $55.00. *See* 28 U.S.C. § 1914(a); *Judicial Conf. Sched. of Fees, Dist. Ct. Misc. Fee Sched.* ¶ 14.

Proceeding IFP "in a civil case is a privilege, not a right – fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). To succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees. *Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). The court evaluates "an application to proceed [IFP] . . . in light of the applicant's present financial status." *Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008) (citation omitted).

Having reviewed the Application, the undersigned finds that Plaintiff has sufficient financial resources to pay the filing fee, as his institutional account balance is currently $2,523.26. (Doc. 2, at 3; *id.* at Ex. 1, at 2). Because he does not qualify for authorization to proceed without prepayment of the filing fee, Plaintiff's motion should be **DENIED**, and he should be required to pay the full filing fee for this action to proceed.

## RECOMMENDATION

For the foregoing reasons, the undersigned recommends the court **DENY** Plaintiff's Application for Leave to Proceed in Forma Pauperis (Doc. 2). The undersigned further recommends that if Plaintiff does not pay the $405.00 filing fee in full to the Clerk of the Court within 21 days of any order adopting this Report and Recommendation, that this action be dismissed without prejudice to the refiling. LCvR 3.3(e).

**Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by November 26, 2025,** in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual

and legal issues contained herein. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

    This Report and Recommendation disposes of all issues and terminates the referral to the undersigned Magistrate Judge unless and until the matter is re-referred.

    ENTERED this 5th day of November, 2025.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE