## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACKERY J. ASKINS, | ) |
|       Plaintiff, | ) |
| v. | ) |
| FNU HECK, | )    Case No. CIV-25-1302-PRW |
|       Defendant. | ) |

### ORDER

On November 5, 2025, United States Magistrate Judge Amanda Leigh Maxfield issued a Report and Recommendation (Dkt. 4), recommending the Court deny Plaintiff's Application for Leave to Proceed in Forma Pauperis (Dkt. 2). Magistrate Judge Maxfield also recommended that the Court dismiss the case without prejudice if Plaintiff fails to pay the $405.00 filing fee within 21 days of any order adopting the Report and Recommendation.

Plaintiff was advised that he had a right to object to the Report and Recommendation by November 26, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 4). No objections have been filed as of this date. Having failed to object, Plaintiff has

accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 4).[1]

Upon review of the Report and Recommendation (Dkt. 4), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 4) issued by the Magistrate Judge on November 5, 2025;

(2) **DENIES** the Application for Leave to Proceed in Forma Pauperis (Dkt. 2); and,

(3) **REFERS** this matter to the Magistrate Judge for further proceedings because Plaintiff has now paid the filing fee in full (Dkt. 5).

**IT IS SO ORDERED** this 3rd day of December 2025.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise permitting a district judge to review the report and recommendations under any standard it deems appropriate).