## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZACKERY J. ASKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-25-1302-PRW |
| | ) |
| FNU HECK, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

On January 13, 2026, United States Magistrate Judge Amanda Leigh Maxfield issued a Report and Recommendation (Dkt. 9), recommending the Court dismiss the Complaint and the pending motions be denied as moot.

Plaintiff was advised that he had a right to object to the Report and Recommendation by February 3, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9). Plaintiff did not file objections until February 27, 2026 and does not demonstrate just cause for his untimeliness. Having failed to timely object, Plaintiff has accordingly waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 9). [1]

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *cf.* 28 U.S.C. § 636(b)(1) (requiring a district judge to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made" but otherwise

1

Upon review of the Report and Recommendation (Dkt. 9), the Court:

(1) **ADOPTS** in full the Report and Recommendation (Dkt. 9) issued by the Magistrate Judge on January 13, 2026;

(2) **DISMISS** the Complaint (Dkt. 1); and,

(3) **DENIES** all pending motions as moot.

**IT IS SO ORDERED** this 6th day of July 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

permitting a district judge to review the report and recommendations under any standard it deems appropriate).